UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 15-12119-RBR |
| | § | |
| NAME IT GOLF, INC. | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/04/2015. The undersigned trustee was appointed on 02/04/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $75,501.34

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $12,321.86 |
    | Bank service fees | $2,913.25 |
    | Other Payments to creditors | $45,000.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $15,266.23 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 06/09/2015 and the deadline for filing government claims was 08/03/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $7,025.07. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $7,025.07, for a total compensation of $7,025.07[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $88.46, for total expenses of $88.46.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/29/2017                        By:  /s/ Kenneth A. Welt
                                             Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit A

| Case No.: | 15-12119-RBR | Trustee Name: | Kenneth A. Welt |
|---|---|---|---|
| Case Name: | NAME IT GOLF, INC. | Date Filed (f) or Converted (c): | 02/04/2015 (f) |
| For the Period Ending: | 11/29/2017 | §341(a) Meeting Date: | 03/11/2015 |
| | | Claims Bar Date: | 06/09/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Bank of America checking account Account #3380 | $4,031.66 | $4,031.66 | | $0.00 | FA |
| Asset Notes: | Received letter that this account was overdrawn by debtor. | | | | | |
| 2 | Accounts receivable - account is overdrawn. | $0.00 | $0.00 | | $686.89 | FA |
| 3 | Domain Names:<br>customgolfgifts.com<br>golfgifts.com<br>personalizedgolfballs.com<br>bicyclegardenspinners.com<br>brushgolftees.com<br>buygolfballsonline.com<br>christmasgardenspinner.com<br>christmaswindspinner.com<br>gballs.com getyourownball.com<br>getyourownballs.com<br>golfballprinter.com<br>golfballprinters.com<br>golfchatroom.com golflid.com<br>golflids.com golfpencils.com<br>golfspikes.com<br>golfteecenter.com<br>golfteecenters.com golftees.com<br>golfwindspinners.com<br>kiteandwindspinners.com<br>logogolfbags.com<br>logogolfballs.com<br>logogolfshoes.com<br>logotennisballs.com<br>longgolftees.com longtees.com<br>nameitgolf.com<br>noveltygolfballs.com<br>personalizedgolfshoes.com<br>personalizedtennisballs.com<br>rainbowgolftees.com<br>sunscreendepot.com teeox.com<br>thegolfwebsite.com<br>tourpowergolf.com<br>weddingpartyfavor.com | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | ECF #8 dated 2/18/15 Notice of Sale<br>Also see asset #5 | | | | | |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 15-12119-RBR | Trustee Name: | Kenneth A. Welt |
|---|---|---|---|
| Case Name: | NAME IT GOLF, INC. | Date Filed (f) or Converted (c): | 02/04/2015 (f) |
| For the Period Ending: | 11/29/2017 | §341(a) Meeting Date: | 03/11/2015 |
| | | Claims Bar Date: | 06/09/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 4 | 10-desk sets $1,000.00, 19-four-drawer filing cabinets $475.00, 16-office chairs $320.00, 16-guest chairs $320.00, 5-two-drawer wooden filing cabinets $50.00, 1-metal rolling filing cabinet $20.00, 1-golf coffee table $100.00, 2-upholstered guest chairs $60.00, 19-pictures $190.00, 1-lamp $10.00, 6-artificial plants $120.00, 1-rolling glass table $100.00, 1-desk top computer $200.00, 8-printers $400.00, 1-wooden conference table w/6 chairs $500.00, 1-book shelf $50.00, 1-golf ball manual pad printer $200.00, 4-hand carts $100.00, 1-refrigerator $200.00, 1-lunchroom table w/3 chairs $150.00, 1-cabinet $50.00, 2-vacuums $80.00, 1-microwave $25.00, 1-toaster $5.00, 1-coffee machine $15.00, 1-water cooler $30.00, 8-trash cans $8.00, 2-bathroom cabinets $40.00, 1-magazine rack $5.00, 6-fans $60.00, 2-portable a/c units $200.00, 1-dustbuster $15.00, 1-broom $2.00, 1-white board $10.00, 8-metal slat wall stands $40.00, 1-slat wall stand $5.00, 12-book cases $120.00, 26-metal storage racks $13 | $6,860.00 | $6,860.00 | | $0.00 | FA |
| **Asset Notes:** | ECF #8 dated 2/18/15 Notice of Sale ECF#33 dated 3/16/15 Report of Auction | | | | | |
| 5 | Please see detailed list attached - ECF #5 | $11,904.71 | $69,814.45 | | $69,814.45 | FA |
| **Asset Notes:** | ECF #8 dated 2/18/15 Notice of Sale ECF#33 dated 3/16/15 Report of Auction Also see asset #3 | | | | | |
| 6 | Preference Settlement with Acushnet Company (u) | $0.00 | $5,000.00 | | $5,000.00 | FA |
| **Asset Notes:** | ECF #65 dated 10/19/16 Order | | | | | |

**TOTALS (Excluding unknown value)**                                                                                         **Gross Value of Remaining Assets**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit A

| Case No.: | 15-12119-RBR | Trustee Name: | Kenneth A. Welt |
|---|---|---|---|
| Case Name: | NAME IT GOLF, INC. | Date Filed (f) or Converted (c): | 02/04/2015 (f) |
| For the Period Ending: | 11/29/2017 | §341(a) Meeting Date: | 03/11/2015 |
| | | Claims Bar Date: | 06/09/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| | $22,796.37 | $85,706.11 | | $75,501.34 | $0.00 |

**Major Activities affecting case closing:**

Settlement reached with Aucshnet Co.; case in progress.

Settlement with Acushnet Co. reached for $5,000.00; awaiting funds

Counsel for trustee is working on potential avoidance actions.

Hiring M. Borkowski as accountant. (LB)

Changed address and waiting for attorney to upload bank statement to close account. (LB)

G. Robson hired as counsel for trustee. (LB)

| | | | |
|---|---|---|---|
| Initial Projected Date Of Final Report (TFR): | 03/01/2016 | /s/ KENNETH A. WELT | |
| Current Projected Date Of Final Report (TFR): | 07/31/2017 | KENNETH A. WELT | |

FORM 2

Page No: 1　　Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-12119-RBR | Trustee Name: | Kenneth A. Welt |
|---|---|---|---|
| Case Name: | NAME IT GOLF, INC. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9569 | Checking Acct #: | ******1901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 2/4/2015 | Blanket bond (per case limit): | $129,177,000.00 |
| For Period Ending: | 11/29/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/23/2015 | (2) | Landry's Restaurants | Accounts receivable | 1121-000 | $686.89 | | $686.89 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $0.25 | $686.64 |
| 03/04/2015 | 11001 | County Locksmith Inc. | Per Local Rule 2016-1(A) Inv #4116 - Rekey Locks | 2420-000 | | $98.05 | $588.59 |
| 03/16/2015 | (5) | Stampler Auctions | ECF #8 dated 2/18/15 Notice of Sale | 1129-000 | $69,814.45 | | $70,403.04 |
| 03/17/2015 | 11002 | Stampler Auctions | Per Order dated 2/27/15; Doc #28. Auctioneer Expenses. | 3620-000 | | $4,275.00 | $66,128.04 |
| 03/29/2015 | 11003 | Web.com | Per Order dated 3/17/15, Doc #36. Transfer of domain names at $38 per name. | 2690-000 | | $1,444.00 | $64,684.04 |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $57.35 | $64,626.69 |
| 04/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $101.45 | $64,525.24 |
| 05/02/2015 | 11004 | Britenets, Inc. | Per Order dated 4/29/15, Doc #50. Inv #8430 and Inv #8442 | 3731-000 | | $1,625.00 | $62,900.24 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $101.84 | $62,798.40 |
| 06/02/2015 | 11005 | Cary Parrish | Per Order dated 5/28/15, Doc #54 | 3731-000 | | $1,750.00 | $61,048.40 |
| 06/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $95.70 | $60,952.70 |
| 07/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $104.70 | $60,848.00 |
| 08/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $91.85 | $60,756.15 |
| 09/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $94.87 | $60,661.28 |
| 10/14/2015 | 11006 | Markowitz, Ringel, Trusty & Hartog, P.A. | First Interim Fee App; Order dated 10/8/15, Doc #59. 80% Fees and 100% Costs. | * | | $4,713.89 | $55,947.39 |
| | | | $(4,644.00) | 3210-000 | | | $55,947.39 |
| | | | $(69.89) | 3220-000 | | | $55,947.39 |
| 10/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $99.57 | $55,847.82 |
| 11/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $84.30 | $55,763.52 |
| 12/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $89.98 | $55,673.54 |
| 01/11/2016 | 11007 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $22.47 | $55,651.07 |
| 01/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $89.81 | $55,561.26 |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $83.87 | $55,477.39 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $89.52 | $55,387.87 |

SUBTOTALS　　$70,501.34　　$15,113.47

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 15-12119-RBR | Trustee Name: | Kenneth A. Welt |
|---|---|---|---|
| Case Name: | NAME IT GOLF, INC. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9569 | Checking Acct #: | ******1901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 2/4/2015 | Blanket bond (per case limit): | $129,177,000.00 |
| For Period Ending: | 11/29/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $89.37 | $55,298.50 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $86.35 | $55,212.15 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $86.22 | $55,125.93 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $88.95 | $55,036.98 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $88.81 | $54,948.17 |
| 09/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $91.53 | $54,856.64 |
| 10/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $82.81 | $54,773.83 |
| 11/21/2016 | (6) | Markowitz, Ringel, Trusty & Hartog, P.A. | ECF #65 dated 10/19/16 Order | 1241-000 | $5,000.00 | | $59,773.83 |
| 11/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $88.40 | $59,685.43 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $96.31 | $59,589.12 |
| 01/24/2017 | 11008 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $18.45 | $59,570.67 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $96.15 | $59,474.52 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $86.68 | $59,387.84 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $102.01 | $59,285.83 |
| 04/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $86.41 | $59,199.42 |
| 05/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $95.53 | $59,103.89 |
| 06/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $98.45 | $59,005.44 |
| 07/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $89.07 | $58,916.37 |
| 08/24/2017 | | Britenets, Inc. | Refund on Check# 11004 - Return of fee until TFR is approved | 3731-002 | | ($1,625.00) | $60,541.37 |
| 08/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $95.07 | $60,446.30 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $97.54 | $60,348.76 |
| 10/17/2017 | 11009 | Bank of America, N.A. | ECF #80 dated 10/17/17 Order | 4110-000 | | $45,000.00 | $15,348.76 |
| 10/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $82.53 | $15,266.23 |

| | | | | SUBTOTALS | $5,000.00 | $45,121.64 | |

FORM 2

Page No: 3        Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-12119-RBR | Trustee Name: | Kenneth A. Welt |
|---|---|---|---|
| Case Name: | NAME IT GOLF, INC. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9569 | Checking Acct #: | ******1901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 2/4/2015 | Blanket bond (per case limit): | $129,177,000.00 |
| For Period Ending: | 11/29/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** | | $75,501.34 | $60,235.11 | $15,266.23 |
|---|---|---|---|---|---|---|---|
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $75,501.34 | $60,235.11 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $75,501.34 | $60,235.11 | |

| For the period of 2/4/2015 to 11/29/2017 | | For the entire history of the account between 02/23/2015 to 11/29/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $75,501.34 | Total Compensable Receipts: | $75,501.34 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $75,501.34 | Total Comp/Non Comp Receipts: | $75,501.34 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $60,235.11 | Total Compensable Disbursements: | $60,235.11 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $60,235.11 | Total Comp/Non Comp Disbursements: | $60,235.11 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

Page No: 4　　Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 15-12119-RBR | Trustee Name: Kenneth A. Welt |
| Case Name: | NAME IT GOLF, INC. | Bank Name: Green Bank |
| Primary Taxpayer ID #: | **-***9569 | Checking Acct #: ******1901 |
| Co-Debtor Taxpayer ID #: | | Account Title: |
| For Period Beginning: | 2/4/2015 | Blanket bond (per case limit): $129,177,000.00 |
| For Period Ending: | 11/29/2017 | Separate bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

**TOTAL - ALL ACCOUNTS**

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $75,501.34 | $60,235.11 | $15,266.23 |

**For the period of 2/4/2015 to 11/29/2017**

| | |
|---|---|
| Total Compensable Receipts: | $75,501.34 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $75,501.34 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $60,235.11 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $60,235.11 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 02/04/2015 to 11/29/2017**

| | |
|---|---|
| Total Compensable Receipts: | $75,501.34 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $75,501.34 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $60,235.11 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $60,235.11 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ KENNETH A. WELT

KENNETH A. WELT

CLAIM ANALYSIS REPORT

| Case No.: | 15-12119-RBR | | | Trustee Name: | Kenneth A. Welt |
|---|---|---|---|---|---|
| Case Name: | NAME IT GOLF, INC. | | | Date: | 11/29/2017 |
| Claims Bar Date: | 06/09/2015 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | ACUSHNET COMPANY  POB 965  Fairhaven MA 02719 | 06/03/2015 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $38,922.99 | $38,922.99 | $0.00 | $0.00 | $0.00 | $38,922.99 |
| CONS | ALEX MORAD FOR THE BENEFIT OF BRITENETS SERVICES, INC. | 11/28/2017 | Consultant for Trustee Fees | Allowed | 3731-000 | $0.00 | $1,625.00 | $1,625.00 | $0.00 | $0.00 | $0.00 | $1,625.00 |

Claim Notes:  ECF #50 dated 4/29/15 Order to Employ
              ECF #75 dated 9/29/17 Final Fee Application

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | AMERICAN EXPRESS BANK FSB  c/o Becket and Lee LLP  POB 3001  Malvern PA 19355-0701 | 05/27/2015 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $193,619.89 | $193,619.89 | $0.00 | $0.00 | $0.00 | $193,619.89 |
| 1 | BANK OF AMERICA, N.A.  101 N Tryon St  Charlotte NC 28255 | 02/09/2015 | Real Estate Paid at Same Percentage as Professionals | Allowed | 4110-000 | $0.00 | $292,537.91 | $292,537.91 | $45,000.00 | $0.00 | $0.00 | $247,537.91 |
| 8 | CALLAWAY GOLF  2180 RUTHERFORD RD  ATTN MELANIE HALLEY  CARLSBAD CA 92008 | 04/24/2015 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $8,184.06 | $8,184.06 | $0.00 | $0.00 | $0.00 | $8,184.06 |
| 6 | CAPITAL ONE BANK (USA), N.A.  PO Box 71083  Charlotte NC 28272-1083 | 03/12/2015 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $19,816.37 | $19,816.37 | $0.00 | $0.00 | $0.00 | $19,816.37 |
| 11 | DDRM MIDWAY PLAZA LLC  3300 Enterprise Pkwy.  Beachwood OH 44122 | 06/08/2015 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $41,723.66 | $41,723.66 | $0.00 | $0.00 | $0.00 | $41,723.66 |
| TTEEF | KENNETH A. WELT  8201 Peters Rd, Ste. 1000  Plantation FL 33324 | 11/28/2017 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $7,025.07 | $7,025.07 | $0.00 | $0.00 | $0.00 | $7,025.07 |

CLAIM ANALYSIS REPORT                                                                        Page No: 2           Exhibit C

| Case No.: | 15-12119-RBR | | | | | | | | Trustee Name: | Kenneth A. Welt | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | NAME IT GOLF, INC. | | | | | | | | Date: | 11/29/2017 | |
| Claims Bar Date: | 06/09/2015 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TTEEX | KENNETH A. WELT  1776 N. Pine Island Rd.  Ste. 101  Plantation FL 33322 | 02/23/2015 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $88.46 | $88.46 | $0.00 | $0.00 | $0.00 | $88.46 |
| ATYF | MARKOWITZ, RINGEL, TRUSTY & HARTOG, P.A. | 09/14/2015 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $0.00 | $11,667.50 | $11,667.50 | $4,644.00 | $0.00 | $0.00 | $7,023.50 |

**Claim Notes:**   ECF #18 dated 2/19/15 Order to Employ
              ECF #59 dated 10/8/15 Order Granting 1st Interim Compensation
              ECF #68 dated 2/15/17 Final Fee Application

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ATYEX | MARKOWITZ, RINGEL, TRUSTY & HARTOG, P.A. | 01/11/2016 | Attorney for Trustee Expenses (Other Firm) | Allowed | 3220-000 | $0.00 | $382.96 | $382.96 | $69.89 | $0.00 | $0.00 | $313.07 |
| 3 | MARTINI GOLF TEES, INC.  Sue Montross  5275 Dixie Hwy, Ste C6  Waterford MI 48329 | 02/19/2015 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,273.75 | $4,273.75 | $0.00 | $0.00 | $0.00 | $4,273.75 |
| ACTF | MICHAEL BORKOWSKI FOR THE BENEFIT OF AHERAN JASCO + COMPANY, PA | 11/28/2017 | Accountant for Trustee Fees (Other Firm) | Allowed | 3410-000 | $0.00 | $10,000.00 | $10,000.00 | $0.00 | $0.00 | $0.00 | $10,000.00 |

**Claim Notes:**   ECF #45 dated 3/20/15 Order to Employ
              ECF #71 dated 9/18/17 Final Fee Application

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | PITNEY BOWES INC  4901 Belfort Rd, Ste 120  Jacksonville FL 32256 | 03/02/2015 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,533.46 | $2,533.46 | $0.00 | $0.00 | $0.00 | $2,533.46 |
| 5 | PRIDE MANUFACTURING CO., LLC  10 North Main Street  Burnham ME 04922 | 03/06/2015 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $91,727.89 | $91,727.89 | $0.00 | $0.00 | $0.00 | $91,727.89 |

**CLAIM ANALYSIS REPORT**        Page No: 3        Exhibit C

| Case No. | 15-12119-RBR | | Trustee Name: | Kenneth A. Welt |
| Case Name: | NAME IT GOLF, INC. | | Date: | 11/29/2017 |
| Claims Bar Date: | 06/09/2015 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | TAYLOR MADE GOLF COMPANY, INC. 5545 Fermi Ct. Carlsbad CA 92008 | 02/18/2015 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,636.09 | $5,636.09 | $0.00 | $0.00 | $0.00 | $5,636.09 |

**Claim Notes:**    (2-1) Goods Sold

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | UNITED PARCEL SERVICE c/o Receivable Management Services (&quot;RMS P.O. Box 361345 Columbus OH 43236 | 11/25/2015 | Tardy General Unsecured § 726(a)(3) | Allowed | 7200-000 | $0.00 | $2,103.55 | $2,103.55 | $0.00 | $0.00 | $0.00 | $2,103.55 |
| 7 | WILSON SPORTING GOODS CO. PO Box 3135 Carol Stream IL 60132 | 03/26/2015 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $22,569.35 | $22,569.35 | $0.00 | $0.00 | $0.00 | $22,569.35 |
| | | | | | | **$754,437.96** | **$754,437.96** | **$49,713.89** | **$0.00** | | **$0.00** | **$704,724.07** |

CLAIM ANALYSIS REPORT                                    Page No: 4          Exhibit C

| Case No. | 15-12119-RBR | Trustee Name: | Kenneth A. Welt |
|---|---|---|---|
| Case Name: | NAME IT GOLF, INC. | Date: | 11/29/2017 |
| Claims Bar Date: | 06/09/2015 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Accountant for Trustee Fees (Other Firm) | $10,000.00 | $10,000.00 | $0.00 | $0.00 | $0.00 | $10,000.00 |
| Attorney for Trustee Expenses (Other Firm) | $382.96 | $382.96 | $69.89 | $0.00 | $0.00 | $313.07 |
| Attorney for Trustee Fees (Other Firm) | $11,667.50 | $11,667.50 | $4,644.00 | $0.00 | $0.00 | $7,023.50 |
| Consultant for Trustee Fees | $1,625.00 | $1,625.00 | $0.00 | $0.00 | $0.00 | $1,625.00 |
| General Unsecured § 726(a)(2) | $429,007.51 | $429,007.51 | $0.00 | $0.00 | $0.00 | $429,007.51 |
| Real Estate Paid at Same Percentage as Professionals | $292,537.91 | $292,537.91 | $45,000.00 | $0.00 | $0.00 | $247,537.91 |
| Tardy General Unsecured § 726(a)(3) | $2,103.55 | $2,103.55 | $0.00 | $0.00 | $0.00 | $2,103.55 |
| Trustee Compensation | $7,025.07 | $7,025.07 | $0.00 | $0.00 | $0.00 | $7,025.07 |
| Trustee Expenses | $88.46 | $88.46 | $0.00 | $0.00 | $0.00 | $88.46 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:       15-12119-RBR
Case Name:      NAME IT GOLF, INC.
Trustee Name:   Kenneth A. Welt

Balance on hand:   $15,266.23

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 1 | Bank of America, N.A. | $292,537.91 | $292,537.91 | $45,000.00 | $0.00 |

Total to be paid to secured creditors:   $0.00
Remaining balance:   $15,266.23

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Kenneth A. Welt, Trustee Fees | $7,025.07 | $0.00 | $4,558.83 |
| Kenneth A. Welt, Trustee Expenses | $88.46 | $0.00 | $57.41 |
| Markowitz, Ringel, Trusty & Hartog, P.A., Attorney for Trustee Fees | $11,667.50 | $4,644.00 | $2,927.47 |
| Markowitz, Ringel, Trusty & Hartog, P.A., Attorney for Trustee Expenses | $382.96 | $69.89 | $178.63 |
| Michael Borkowski for the Benefit of Aheran Jasco + Company, PA, Accountant for Trustee Fees | $10,000.00 | $0.00 | $6,489.37 |
| Stampler Auctions, Auctioneer for Trustee Expenses | $4,275.00 | $4,275.00 | $0.00 |
| Other: Britenets, Inc., Consultant for Trustee Fees | $0.00 | $0.00 | $0.00 |
| Other: Cary Parrish, Consultant for Trustee Fees | $1,750.00 | $1,750.00 | $0.00 |
| Other: Alex Morad for the Benefit of Britenets Services, Inc., Consultant for Trustee Fees | $1,625.00 | $0.00 | $1,054.52 |

Total to be paid for chapter 7 administrative expenses:   $15,266.23
Remaining balance:   $0.00

**UST Form 101-7-TFR (5/1/2011)**

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

| | |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $0.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $429,007.51 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 2 | Taylor Made Golf Company, Inc. | $5,636.09 | $0.00 | $0.00 |
| 3 | Martini Golf Tees, Inc. | $4,273.75 | $0.00 | $0.00 |
| 4 | Pitney Bowes Inc | $2,533.46 | $0.00 | $0.00 |
| 5 | Pride Manufacturing Co., LLC | $91,727.89 | $0.00 | $0.00 |
| 6 | Capital One Bank (USA), N.A. | $19,816.37 | $0.00 | $0.00 |
| 7 | Wilson Sporting Goods Co. | $22,569.35 | $0.00 | $0.00 |
| 8 | CALLAWAY GOLF | $8,184.06 | $0.00 | $0.00 |
| 9 | American Express Bank FSB | $193,619.89 | $0.00 | $0.00 |
| 10 | Acushnet Company | $38,922.99 | $0.00 | $0.00 |
| 11 | DDRM Midway Plaza LLC | $41,723.66 | $0.00 | $0.00 |

| | |
|---|---:|
| Total to be paid to timely general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $2,103.55 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 12 | United Parcel Service | $2,103.55 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

**UST Form 101-7-TFR (5/1/2011)**